# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0287

VERSUS

GEORGE WRIGHT                                         **JULY 5, 2023**

---

In Re:    George Wright, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 08-14-0118.

---

**BEFORE:   LANIER, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.** The failure to file a pretrial motion to
quash waives any challenge to the grand jury. See La. Code
Crim. P. arts. 535(C), 521(A), & 535(D). Furthermore, the
criminal court minutes show that the indictment was concurred by
at least nine of the grand jury members, indorsed "a true bill",
and signed by the foreperson. Therefore, the district court did
not err by denying the motion. No contradictory hearing is
required.

                          **WIL**
                          **CHH**
                          **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT